**SEALED**

AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

| | |
|---|---|
| United States of America<br>v.<br><br>JOHNNY JACOB DOMINGUE<br><br>*Defendant(s)* | )<br>)<br>) Case No.<br>)           16-061-MAG<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __December 19, 2015__ in the parish of __JEFFERSON__ in the __Eastern__ District of __Louisiana__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 1519 | Falsification of Records in a Federal Investigation |

This criminal complaint is based on these facts:
SEE AFFIDAVIT

☑ Continued on the attached sheet.

/s/ Douglas B. Bruce
*Complainant's signature*

Senior Special Agent, DOJ-OIG
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 5/12/16

City and state: New Orleans, Louisiana

Hon. Sally Shushan U.S. Magistrate Judge
*Judge's signature*
*Printed name and title*

# SEALED

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL ACTION NO. 16-061-MAG** |
| **VERSUS** | * | |
| **JOHNNY JACOB DOMINGUE** | * | **VIOLATIONS:   18 U.S.C. § 1519** |
| | *   *   * | |

### Affidavit in Support of Criminal Complaint

I, Douglas B. Bruce, a Special Agent with the Department of Justice Office of the Inspector General, being duly sworn, hereby depose and say:

**I.   BACKGROUND OF AFFIANT**

1. I am a Senior Special Agent with the Department of Justice Office of the Inspector General (OIG), and I am currently assigned to the Houston Area office in Houston, Texas. I have been a Senior Special Agent with the OIG for 7 years and a federal agent for over 18 years. My duties, both past and current, involve the investigation of criminal and administrative misconduct, to include crimes committed by employees of both the Department of State and the Department of Justice. As a federal agent, I am authorized to investigate violations of laws of the United States and am a law enforcement officer with the authority to execute search warrants issued under the authority of the United States.

**II.   PURPOSE OF THE AFFIDAVIT**

2. I am personally familiar with the facts and circumstances surrounding this investigation from my own investigative activities and from information obtained from investigators with other law enforcement agencies, including the Drug Enforcement

1

Administration's (DEA) Office of Professional Responsibility (OPR), Federal Bureau of Investigation (FBI), and Louisiana State Police (LSP). Based upon my investigation and the information contained in this affidavit, it is my belief that Johnny J. Domingue violated Title 18, United States Code, Section 1519, falsification of records in a Federal investigation.

**III.   THE OFFENSE**

3. At all relevant times, Domingue had a working relationship with the DEA. Domingue joined the Tangipahoa Parish Sheriff's Office (TPSO) in or about 2013, and had a working relationship with the DEA beginning in approximately August 2015, which continued until Domingue's arrest on state charges on or about January 25, 2016. During his affiliation with the DEA, Domingue performed the duties of a DEA Task Force Officer (TFO), but was not formally deputized as a DEA TFO because he did not obtain the requisite security clearance. Although Domingue was not a full-fledged and deputized DEA TFO, he had unescorted access to DEA work space; worked drug investigations with DEA Special Agents and TFOs; and was entrusted to transport seized drug evidence from DEA to local law enforcement offices. However, because Domingue was not a deputized TFO, he was not assigned file cabinets within DEA workspace, was not authorized to sign evidence into or out of the DEA New Orleans evidence vault, and was not authorized to sign official DEA reports. On March 11, 2016, Domingue pleaded guilty in St. Tammany Parish court to conspiracy to possess with the intent to distribute more than 200 grams of cocaine, conspiracy to possess with the intent to distribute marijuana, conspiracy to possess with the intent to distribute Schedule II controlled substances other than cocaine, and abuse of office.

4. On Saturday, December 19, 2015, a TPSO Confidential Informant (the CI) purchased one ounce of cocaine base ("crack") from an individual, R.W., for $1,000 U.S. currency at a

2

location in Robert, Louisiana, within the Eastern District of Louisiana. On or about January 6, 2016, Domingue filed a DEA 6 Report of Investigation (the Report), using the name of DEA TFO Rodney P. Gemar. In the Report, Domingue falsely stated that (1) Domingue and DEA Special Agent Chad Scott met with the CI before the transaction, and equipped the CI with a recording device, and (2) that after the transaction was completed, TFO Gemar and TFO Domingue transported the crack cocaine to the Tri-Parish Task Force (TPTF) narcotics safe for safe keeping.

5. On May 12, 2016, law enforcement interviewed Domingue regarding this transaction. During that interview, Domingue admitted to law enforcement that S.A. Scott was not present during Domingue's meeting with the CI before the transaction. According to Domingue, Domingue and the CI conducted the transaction without the assistance of other agents, and other agents, including S.A. Scott, were not available to conduct the transaction with him because it took place over the weekend. Domingue also admitted that he stored the drugs seized during this transaction in the console of his vehicle, and did not place the drugs in the safe at the TPTF narcotics safe for safe keeping. Domingue further admitted that TFO Gemar was not present during the transaction, and did not participate in the handling of the drugs obtained during the transaction. Finally, Domingue admitted that he knew the false statements that he made in the Report were false when he prepared the report and filed it with the DEA.

### VII.    CONCLUSION

6. Based upon the information contained in this affidavit, there is probable cause to believe that Domingue violated Title 18, United States Code, Section 1519, by knowingly falsifying and making false entries in a record, document and tangible object with the intent to

3

impede, obstruct, or influence the investigation or proper administration of any matter within the jurisdiction of a department or agency of the United States, specifically, the DEA.

**WHEREFORE**, Affiant respectfully submits the probable cause exists, as alleged above, that Domingue engaged in violation of federal law, namely, Title 18, United States Code, Sections 1519.

    /s/ Douglas B. Bruce
Douglas B. Bruce
Senior Special Agent
Department of Justice, Office of Inspector General

Pursuant to Federal Rules of Criminal Procedure 4.1 and 41(d)(3), the undersigned judicial officer has on this date considered the information communicated by reliable electronic means in considering whether a complaint, warrant, or summons will issue. In doing so, I have placed the affiant under oath, and the affiant has confirmed that the signatures on the complaint, warrant, or summons and affidavit are those of the affiant, that the document received by me is a correct and complete copy of the document submitted by the affiant, and that the information contained in the complaint, warrant, or summons and affidavit is true and correct to the best of the affiant's knowledge.

Subscribed and sworn before me on this 12th day of May, 2016.

_____
UNITED STATES MAGISTRATE JUDGE