UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 16-92 |
| VERSUS | SECTION : L |
| KARL EMMETT NEWMAN and JOHNNY JACOB DOMINGUE | VIOLATION: 18:1519, 18:2, 21:846, 18:654, 18-1512(c)(2) |

<u>NOTICE OF REARRAIGNMENT</u>   -   (Domingue only)

Take Notice that this criminal case has been set for REARRAIGNMENT on THURSDAY, FEBRUARY 22, 2018, AT 2:00PM, before Judge Eldon E. Fallon, Courtroom C-456, 500 Poydras Street, New Orleans, LA 70130.

**<u>Important:</u> Counsel are hereby notified that any request for the imposition of a Non-Guideline Sentence must comply with the deadlines established in LCrR 32.1.1E regarding the submission of motions or letters requesting departures from the Sentencing Guidelines.**

<u>Note: Photo I.D. is required to enter the building.</u>
Persons on bond must report to the Deputy U.S. Marshal immediately outside the aforesaid courtroom for evaluation and search 15 minutes prior to appearance.

| | |
|---|---|
| | WILLIAM W. BLEVINS, CLERK |
| Date:   January 29, 2018 | by: Dean Oser,   Deputy Clerk |
| TO: | AUSA: Charles Miracle – Charles.miracle@usdoj.gov |
| KARL EMMETT NEWMAN   -   Custody | Diidri Wells Robinson - diidri.robinson2@usdoj.gov |
| | Timothy Duree - timothy.duree2@usdoj.gov |
| Ralph Whalen, Jr., Esq. | |
| ralphswhalen@ralphswhalen.com | U.S. Marshal |
| JOHNNY JACOB DOMINGUE   -   Custody | U.S. Probation Officer |
| Ellyn Clevenger | U.S. Probation Office - Pretrial Services Unit |
| ellyn@macklawfirm.net | **JUDGE** |
| Sherman Q. Mack | |
| Mack-4@charter.net | **MAGISTRATE** |
| FBI | COURT REPORTER COORDINATOR |
| Special Agent R.D. Hardgrave | INTERPRETER: None |
| R.Hardgrave@ic.fbi.gov | |
| Special Agent Dewayne Horner | |
| Dewayne.Horner@ic.fbi.gov | |

**If you change address,
notify clerk of court
by phone, 504-589-7686**