


**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

# FELONY

## SECOND SUPERSEDING INFORMATION FOR VIOLATION OF THE FEDERAL CONTROLLED SUBSTANCES ACT AND CONSPIRACY TO COMMIT CONVERSION OF PROPERTY BY AN OFFICER OR EMPLOYEE OF THE UNITED STATES

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL ACTION NO. 16-092** |
| **VERSUS** | * | **SECTION: L** |
| **JOHNNY JACOB DOMINGUE** | * | **VIOLATIONS:** 21 U.S.C. § 841(a)(1) |
| | | 21 U.S.C. § 841(b)(1)(C) |
| | * | 18 U.S.C. § 371 |
| * | * * | |

The Assistant Attorney General charges that:

## COUNT ONE
### Possession with the Intent to Distribute Controlled Substances

**A.      AT ALL MATERIAL TIMES HEREIN:**

1.      The defendant, **JOHNNY JACOB DOMINGUE**, was a Tangipahoa Parish Sheriff's Office (TPSO) Deputy functioning as a Drug Enforcement Administration (DEA) Task Force Officer (TFO).

**B.      THE OFFENSE**

2.      From on or about January 14, 2016 through on or about January 25, 2016, in the Eastern District of Louisiana and elsewhere, defendant, **JOHNNY JACOB DOMINGUE**, did

＋ Fee ___USA___
___ Process_____
X Dkld_____
___ CtRmDep_____
___ Doc. No._____

knowingly and intentionally possess with the intent to distribute cocaine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

**COUNT TWO**
**Conspiracy to Commit Conversion of Property by a Government Officer or Employee**

**A.     AT ALL MATERIAL TIMES HEREIN:**

3.     Paragraph 1 of this Second Superseding Information is re-alleged and incorporated as though fully set forth herein.

4.     Karl Emmett Newman was a TPSO Deputy and DEA TFO, having been deputized as a DEA TFO on or about February 5, 2003.

**B.     THE OFFENSE**

5.     On or about October 6, 2015, in the Eastern District of Louisiana and elsewhere, defendant, **JOHNNY JACOB DOMINGUE**, did knowingly and intentionally combine, conspire, confederate and agree with other persons known and unknown to the Assistant Attorney General, including Karl Emmett Newman, an officer and employee of the United States and of any department and agency thereof, to embezzle and wrongfully convert to their own use the money and property of another which came into their possession and under their control in the execution of such office and employment, and under color and claim of authority as such officer and employee, namely United States currency in an amount greater than $1,000, in violation of Title 18, United States Code, Section 654.

**C.     PURPOSE OF THE CONSPIRACY**

6.     It was the purpose of the conspiracy for **JOHNNY JACOB DOMINGUE** and Karl Emmett Newman to unlawfully enrich themselves by, among other things embezzling and

2

wrongfully converting property, namely United States currency, from evidence seized by the DEA during the search of the residence of T.R. on October 6, 2015 (the Search).

**D.   MANNER AND MEANS OF THE CONSPIRACY**

7.    The manner and means by which **JOHNNY JACOB DOMINGUE** and his co-conspirators sought to accomplish the object and purpose of the conspiracy included, among other things, the following:

8.    On or about October 6, 2015, **JOHNNY JACOB DOMINGUE** and Karl Emmett Newman participated in the Search, and the seizure of United States currency during that Search.

9.    After the Search was completed, **JOHNNY JACOB DOMINGUE** and Karl Emmett Newman took possession of the United States currency that was seized during the Search.

10.   Once in possession of the United States currency, **JOHNNY JACOB DOMINGUE** and Karl Emmett Newman misappropriated approximately $3,000 from the seized United States currency for their own personal benefit.

**E.   OVERT ACTS IN FURTHERANCE OF THE CONSPIRACY**

11.   In furtherance of the conspiracy, and to accomplish its object and purpose, the conspirators committed and caused to be committed, in the Eastern District of Louisiana, the following overt acts:

12.   On or about October 6, 2015, **JOHNNY JACOB DOMINGUE** and Karl Emmett Newman physically took approximately $3,000 in United States currency from the evidence seized during the Search.

All in violation of Title 18, United States Code, Section 371.

## NOTICE OF DRUG FORFEITURE

1.      The allegations of Count 1 of this Superseding Information are realleged and incorporated by reference as though fully set forth herein for the purpose of alleging forfeiture to the United States of America pursuant to the provisions of Title 21, United States Code, Section 853.

2.      As a result of the offense alleged in Count 1, defendant **JOHNNY JACOB DOMINGUE** shall forfeit to the United States pursuant to Title 21, United States Code, Section 853, any and all property constituting or derived from any proceeds the defendant obtained directly or indirectly as a result of the said violations and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the violations alleged in Count 1 of this Superseding Information.

3.      If any of the above described forfeitable property, as a result of any act or omission of the defendant:

       a.      cannot be located upon the exercise of due diligence;

       b.      has been transferred or sold to, or deposited with, a third person;

       c.      has been placed beyond the jurisdiction of the Court;

       d.      has been substantially diminished in value, or

       e.      has been comingled with other property which cannot be subdivided without difficulty,

It is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of said defendant up to the value of the above forfeitable property; all pursuant to Title 21, United States Code, Section 853.

JOHN P. CRONAN
ACTING ASSISTANT ATTORNEY GENERAL
  OF THE CRIMINAL DIVISION
ATTORNEY FOR THE UNITED STATES
ACTING UNDER AUTHORITY CONFERRED
BY 28 U.S.C. § 515

DIIDRI W. ROBINSON
ASSISTANT CHIEF
Florida Bar No. 788481
CHARLES A. MIRACLE
Ohio Bar No. 67814
TIMOTHY A. DUREE
Texas Bar No. 24065179
U.S. DEPARTMENT OF JUSTICE,
CRIMINAL DIVISION

New Orleans, Louisiana
February 21, 2018

No. 16-cr-092 "L"

# United States District Court

## FOR THE

EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA

*vs.*

JOHNNY JACOB DOMINGUE

SECOND SUPERSEDING BILL OF INFORMATION
FOR VIOLATION OF THE FEDERAL CONTROLLED
SUBSTANCES ACT AND CONSPIRACY TO
COMMIT CONVERSION OF PROPERTY BY AN
OFFICER OR EMPLOYEE OF THE UNITED STATES

Violation(s): 21 U.S.C. § 841(a)(1),
21 U.S.C. § 841(b)(1)(C), and 18 U.S.C. § 371

Filed _____, 20 18

_____, *Clerk.*

*By* _____, *Deputy*

_____
*United States Department of Justice Trial Attorney*