UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 16-92 |
| VERSUS | SECTION : L |
| KARL EMMETT NEWMAN and JOHNNY JACOB DOMINGUE | VIOLATION: 18:1519, 18:2, 21:846, 18:654, 18-1512(c)(2) |

<u>NOTICE OF SENTENCING</u>   -   (Domingue only)

Take Notice that this criminal case has been set for SENTENCING on THURSDAY, JUNE 21, 2018, AT 2:00PM, before Judge Eldon E. Fallon, Courtroom C-456, 500 Poydras Street, New Orleans, LA 70130.

**Important: Counsel are hereby notified that any request for the imposition of a Non-Guideline Sentence must comply with the deadlines established in LCrR 32.1.1E regarding the submission of motions or letters requesting departures from the Sentencing Guidelines.**

Note: Photo I.D. is required to enter the building.
Persons on bond must report to the Deputy U.S. Marshal immediately outside the aforesaid courtroom for evaluation and search 15 minutes prior to appearance.

Date:   February 23, 2018

TO:

KARL EMMETT NEWMAN   -   Custody

Ralph Whalen, Jr., Esq.
ralphswhalen@ralphswhalen.com

JOHNNY JACOB DOMINGUE   -   Custody

Ellyn Clevenger
ellyn@macklawfirm.net

Sherman Q. Mack
Mack-4@charter.net

FBI
Special Agent R.D. Hardgrave
R.Hardgrave@ic.fbi.gov

Special Agent Dewayne Horner
Dewayne.Horner@ic.fbi.gov

**If you change address,
notify clerk of court
by phone, 504-589-7686**

WILLIAM W. BLEVINS, CLERK

by: Dean Oser,   Deputy Clerk

AUSA: Charles Miracle – Charles.miracle@usdoj.gov
Diidri Wells Robinson - diidri.robinson2@usdoj.gov
Timothy Duree - timothy.duree2@usdoj.gov

U.S. Marshal

U.S. Probation Officer

U.S. Probation Office - Pretrial Services Unit

**JUDGE**

**MAGISTRATE**

COURT REPORTER COORDINATOR
INTERPRETER: None