# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| UNITED STATES OF AMERICA | ) | |
| --- | --- | --- |
| | ) | CRIMINAL DOCKET |
| VERSUS | ) | |
| | ) | No.: 16-092 |
| JOHNNY DOMINGUE | ) | |
| | ) | SECTION: "L" MAG. 2 |

## EX PARTE/ CONSENT MOTION TO AMEND JUDGMENT

NOW INTO COURT comes defendant Johnny Domingue, who through undersigned counsel, respectfully request this Honorable Court amend the Judgment submitted by the Court on March 7, 2019.

1.

The defendant, Johnny Domingue, pleaded guilty to counts one and two of the second superseding indictment, respectfully 21 U.S.C. 841 (a)(1), (b)(1)(c) Possession with Intent to Distribute Cocaine and 18 U.S.C. 371 Conspiracy to Commit Conversion of Property by a Government Officer.

2.

On March 7, 2019 the defendant is sentenced to 21 months for each count, to run concurrent.

3.

Undersigned counsel submits that defendant has served 34 months in federal custody and requests that this Honorable Court amend the Judgment to reflect "time served."

**WHEREFORE**, for the reasons stated herein, the defendant respectfully requests that this Honorable Court amend the Judgment submitted by the Court on March 7, 2019 to reflect "time served."

_s/Sherman Q. Mack_____  
SHERMAN Q. MACK, LSBA 26769  
Attorney for Johnny Domingue  
Post Office Box 95  
Albany, Louisiana 70711  
(225) 567-9060

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion to Amend Judgment was this date electronically filed with the Clerk of Court using the Court's CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system.

_____s/Sherman Q. Mack_____  
Sherman Q. Mack