UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL DOCKET |
| VERSUS | No.: 16-092 |
| JOHNNY DOMINGUE | SECTION: "L" MAG. 2 |

## ORDER

**CONSIDERING** the foregoing Ex Parte/Consent Motion to Amend Judgment

**IT IS HEREBY ORDERED** that the Judgment submitted by this Honorable Court on March 7, 2019 shall be amended to reflect that the 21 month sentence of the defendant, Johnny Domingue, is deemed "time served."

New Orleans, Louisiana, this 8th day of March, 2019.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE