UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL ACTION |
| | * | |
| VERSUS | * | NO. 16-92 |
| | * | |
| JOHNNY DOMINGUE | * | SECTION "L" |

**ORDER**

The Court has received the following communication from Johnny Domingue, requesting early termination of supervised release. Accordingly,

**IT IS ORDERED** the attached document be filed into the record.

**IT IS FURTHER ORDERED** that the government file an opposition, if any, by Friday, August 14, 2020.

New Orleans, Louisiana, this 29th day of July 2020.

_____
UNITED STATES DISTRICT JUDGE

1