# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs | ) |
| JOHNNY DOMINGUE, | ) 2:16-CR-00092-1-EEF |
| Defendant. | ) ORDER APPOINTING COUNSEL |

The individual named below, having testified under oath or having otherwise satisfied this Court that he (1) is financially unable to employ counsel and (2) does not wish to waive counsel, and, because the interests of justice so require, the Court finds that the Defendant is indigent, therefore;

IT IS ORDERED that JEROME W MATTHEWS, ESQ. is hereby appointed to represent Defendant, JOHNNY DOMINGUE.

New Orleans, Louisiana, this 10th day of May 2022.

_Janis Van Meerveld_
JANIS VAN MEERVELD
UNITED STATES MAGISTRATE JUDGE