UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL DOCKET |
| VERSUS | * | NO. 16-CR-0092 |
| JOHNNY JACOB DOMINGUE | * | SECTION: " L " |

**DEFENDANT'S MOTION AND MEMORANDUM IN SUPPORT
TO CONTINUE REVOCATION HEARING**

**NOW INTO COURT** comes defendant Johnny Jacob Domingue, who through undersigned counsel, respectfully moves that this Honorable Court for a continuance of the revocation hearing in this matter which is presently set for July 7, 2022 at 1:00pm This request is made on the basis of the following:

1.

Defense counsel has a scheduling conflict from July 3, 2022 – July 11, 2022 and is unavailable on the currently scheduled date. Defense Counsel is requesting a date before, or after the dates listed.

2.

The Government, through AUSA Timothy Duree, has been contacted and has no objection to this motion. The AUSA is currently unavailable the week of June 27, 2022.

3.

In view of the above considerations, the granting of this motion would be in the best interests of justice.

**WHEREFORE**, for the reasons stated herein, the above-captioned defendant respectfully requests that the Revocation hearing in this matter be reset to a date

before June 27, 2022 or after July 11, 2022.

        Respectfully submitted this 13th of June, 2022.


        /s/Jerome Matthews, Jr_____

        Jerome W. Matthews, Jr. (La. Bar No. 33964)
        The Law Firm of Jerome W. Matthews, Jr., L.L.C.
        1901 Manhattan Blvd, Bldg D
        Harvey, LA 70058
        Telephone:  (504) 247-6411
        Email: jerome@jeromematthews.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 13, 2022, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

/s/Jerome Matthews, Jr_____

Jerome W. Matthews, Jr.
(La. Bar No. 33964)